1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Defendant
   JAMES MOORE
7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10
    UNITED STATES OF AMERICA,      ) No.  2:04-cr-0353 MCE
11                                 )
                  Plaintiff,       )
12                                 ) STIPULATION AND ORDER
         v.                        )
13                                 ) Date:  July 30, 2009
    JAMES MOORE,                   ) Time:  9:00 a.m.
14                                 ) Judge: Hon. Morrison C. England, Jr.
                  Defendant.       )
15                                 )
    _____)
16
         **IT IS HEREBY STIPULATED** by and between Assistant United States
17
    Attorney Michael D. Anderson, counsel for Plaintiff and Assistant
18
    Federal Defender Jeffrey L. Staniels, counsel for JAMES GREGORY MOORE
19
    that the revocation hearing currently set for July 30, 2009 be
20
    continued until September 17, 2009, for the purpose of permitting
21
    receipt and disclosure of additional material currently in the
22
    possession of local police, as well as to permit completion of on-going
23
    investigation by the defense.
24
         **IT IS SO STIPULATED**.
25

26
    Dated: July 29, 2009           /S/Michael D. Anderson by jls per auth
27                                 Michael D. Anderson
                                   Assistant United States Attorney
28                                 Counsel for Plaintiff

1
2
3  Dated: July 29, 2009              /S/ Jeffrey L. Staniels
                                    Jeffrey L. Staniels
4                                   Assistant Federal Defender
                                    Counsel for Defendant JAMES GREGORY MOORE
5
6       **IT IS SO ORDERED.**
7
   Dated: July 30, 2009
8
9                                   _____
10                                  MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Order                    2